IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| CR84-L-18 | USA v. Stephenson | 10/01/84 |
| CR88-O-33 | USA v. Adebiyi | 01/14/94 |
| 8:92cr12 | USA v. Hasan | 07/17/97 |
| 8:93cr4 | USA v. Greer | 03/08/05 |
| 4:93cr3026 | USA v. Chavez | 07/24/02 |
| 4:93cr3059 | USA v. Tomlinson | 08/30/93 and 11/3 thru 11/5/98 |
| 4:97cr3002 | USA v. Johnson | 09/02/97; 9/3 thru 9/5/97; and 3/9 thru 3/11/98 |
| 4:97cr3018 | USA v. Kramer | 06/19/01 |
| 4:97cr3031 | USA v. Eastman | 02/11/98 |
| 4:98cr3001 | USA v. Zeilinger | 08/27/98 |
| 4:98cr3005 | USA v. Flores | 01/29/98 |
| 4:98cr3005 | USA v. Garcia-Sanchez | 02/03/98 |
| 4:98cr3007 | USA v. Pagan | 01/15/99 |
| 4:98cr3007 | USA v. Ramirez | 7/27 thru 7/29/98; and 02/26/99 |
| 4:98cr3010 | USA v. Haynes | 01/23/04 |
| 4:98cr3054 | USA v. Wright | 1/25/05 and 3/14/05 |
| 4:98cr3076 | USA v. Nunez | 02/15/00 |
| 4:98cr3087 | USA v. Armenta-Medrano | 11/20/00 |
| 4:98cr3091 | USA v. Fuller | 10/02/03 |
| 4:98cr3101 | USA v. Nehls | 07/12/99 |
| 4:98cr3116 | USA v. Ummel | 06/27/03 |
| 8:99cr236 | USA v. Zimmer | 07/24/01 |
| 4:99cr3014 | USA v. Herbeck | 07/25/02 |
| 4:99cr3018 | USA v. Jackson | 06/03/04 |
| 4:99cr3020 | USA v. Poulack | 10/1 thru 10/5/99 and 02/11/00 |
| 4:99cr3027 | USA v. Alverez, Hernandez | 09/21/99 |
| 4:99cr3109 | USA v. Lowell | 12/08/00 |

DATED this 7th day of February, 2006.

BY THE COURT

s/ RICHARD G. KOPF
United States District Judge