IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR12-6 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HAMEDAH ALI HASAN, | ) | |
| | ) | |
| Defendant. | ) | |

    Hamedah Hasan has filed a motion to reduce her sentence due to the amendment of the crack cocaine Guidelines which have now been made retroactive. ([Filing 744](#).)  I am no longer impartial when it comes to Hamedah Hasan. I asked the President to commute her sentence and I appeared in a film about her, urging that she be given relief.  More recently, I was advised by the Justice Department that the commutation request was denied by the President, and I expressed my disgust about that decision to her lawyer.  Therefore,

    IT IS ORDERED that I recuse myself from Hamedah Hasan's case and request that Chief Judge Bataillon reassign Hamedah Hasan's case to another judge.  I will continue to handle the case as to other co-defendants.  My chambers shall provide Chief Judge Bataillon with a copy of this memorandum and order.  My chambers shall also provide a copy of this memorandum and order to the United States Probation Officer assigned to this case.

July 8, 2008.                  BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge